IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DANNY FOSTER                                                                    PLAINTIFF

vs.                                    Civil No. 2:09-cv-02140

MICHAEL J. ASTRUE                                                        DEFENDANT
Commissioner, Social Security Administration


## JUDGMENT

Now on this 25th day of January, 2011 comes for consideration the Report and Recommendation dated January 4, 2011 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.   (Doc. 12).  Also before the Court is Plaintiff's Objection to the Report and Recommendation.  (Doc. 13).

The Court has reviewed this case *de novo*, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety.  Accordingly, the Court hereby adopts the Report and Recommendation, affirms the decision of the Administrative Law Judge, and dismisses Plaintiff's complaint with prejudice.

**IT IS SO ORDERED.**

/s/ Robert T. Dawson
HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE